IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL MIGNELLA,

      Appellant,

v.

Case No.  5D21-2417
LT Case No. 2020-DR-003254

JOSHUA HAMBY, INDIVIDUALLY AND
O/B/O KARA HAMBY, B.H. AND O.H., CHILDREN,

      Appellee.

_____/

Opinion filed May 24, 2022

Appeal from the Circuit Court
for Seminole County,
Frederic M. Schott, Judge.

Michael Carmen Mignella, III, Oviedo, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED. *See Applegate* v. *Barnett Bank of Tallahassee*, 377

So. 2d 1150, 1152 (Fla. 1979).

WALLIS, EDWARDS and SASSO, JJ., concur.